IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN STATE OF MISSISSIPPI NORTHERN DIVISION

TYRONE SMITH,

PLAINTIFF,

VS.

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY AND CYNTHIA PILGRIM, INDIVIDUALLY

DEFENDANTS,

No. 3:18-cv-639-HTW-LRA

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 21 2020
BY_____ ARTHUR JOHNSTON DEPUTY

Your Honor,

Requesting Motion to Compel hearing February 27, 2020 1:00 pm.

*Tyrone Smith* (signature)
1-14-20

MOTION TO COMPEL- 1